____FILED ____RECEIVED
____ENTERED ____SERVED ON
COUNSEL/PARTIES OF RECORD

APR 1 8 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ANTHONY ALAN SCHULTZ,<br><br>        Defendant. | 2:11-CR-175-ECR (GWF) |

## FINAL ORDER OF FORFEITURE

On January 5, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 2253(a)(1) and (a)(3), based upon the plea of guilty by defendant ANTHONY ALAN SCHULTZ to a criminal offense, forfeiting specific property alleged in the Superseding Criminal Indictment and the Amended Bill of Particulars and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant ANTHONY ALAN SCHULTZ pled guilty. Docket #26, #30, #36, #37, #39.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 11, 2012, through February 9, 2012, notifying all third parties of their right to petition the Court. #40.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1       This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law and shall be disposed of according to law:

      a.     Cooler Master desktop computer – no serial number;

      b.     Clear Motorola Modem, Serial #TW199U1OTJ;

      c.     Hawking Wireless G directional dish adapter, no serial number;

      d.     Patriot XT USB Thumb drive, no serial number;

      e.     PNY Attache USB Thumb drive, no serial number;

      f.     Black generic Thumb drive, no serial number;

      g.     Seagate 120GB IDE Hard Drive, Serial #5LS2GRYJ; and

      h.     All visual depictions described in Title 18, United States Code, Section 2252A and all items containing such visual depictions, which were transported, shipped, and received in violation of Title 18, United States Code, Section 2252A and all property, real and personal, used and intended to be used to commit and promote the commission of the aforestated offense, including, but not limited to: computer images, including movie files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property

forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 18th day of April, 2012.

UNITED STATES DISTRICT JUDGE